STATE v. CLOWERS

No. 533P00

Case below: 140 N.C. App. 386

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 1 February 2001.

STATE v. CUNNINGHAM

No. 508P00

Case below: 140 N.C. App. 315 .

Motion by the Attorney General for temporary stay allowed 10 January 2001 pending determination of motion for discretionary review. Motion by defendant to dismiss appeal for lack of substantial constitutional question allowed 1 February 2001. Petition by the Attorney General for discretionary review pursuant to G.S. 7A-31 denied 1 February 2001. Petition by the Attorney General for writ of supersedeas denied 1 February 2001. Temporary stay dissolved 1 February 2001. Conditional petition by defendant for discretionary review pursuant to G.S. 7A-31 dismissed as moot 1 February 2001.

STATE v. DANIELS

No. 506A90-3

Case below: Mecklenburg County Superior Court

Application by defendant for writ of habeas corpus denied 22 February 2001.

STATE v. DAVIS

No. 6P01

Case below: 140 N.C. App. 604

Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals dismissed 1 March 2001.